**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

SARA RODRIGUES,

      Petitioner,

 vs.            Civ. No. 9:11-CV-0132 (NAM/RFT)

SABINA KAPLAN,

      Respondent.
_____

APPEARANCES:        OF COUNSEL:

Sara Rodrigues
08-G-1213
Albion Correctional Facility
3595 State School Road
Albion, NY 14111
Petitioner, Pro Se

The Hon. Eric T. Schneiderman    Lisa E. Fleischmann, Esq
New York State Attorney General    Assistant Attorney General
Attorney for Respondent 120 Broadway
New York, NY 10271

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

### **ORDER**

 The above matter comes to me following a Report-Recommendation by Magistrate Judge Randolph R. Treece, duly filed on the 16th day of April 2014. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

 After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

 ORDERED that:

1.  The Report-Recommendation (Dkt. No. 14) is hereby adopted in its entirety.

2.  The Petitioner's petition is denied. Pursuant to 28 U.S.C. § 2253(c)(2), no certificate of appealability will be issued with respect to any of Petitioner's claims.

3.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: May 9, 2014
       Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge